BENJAMIN HANCOCK, complainant and respondent,

*v.*

ELLISON ELMER, defendant and appellant.

[Filed June 23d, 1902.]

*Mr. David J. Pancoast,* for the appellant.

*Mr. Walter H. Bacon,* for the respondent.

Hanneman *v.* Richter.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion of Vice-Chancellor Grey delivered in the court below. See *16 Dick. Ch. Rep. 558.*

*For affirmance*—THE CHIEF-JUSTICE, VAN SYCKEL, GARRISON, GARRETSON, PITNEY, BOGERT, KRUEGER, ADAMS, VREDENBURGH, VOORHEES—10.

*For reversal*—DIXON, COLLINS, HENDRICKSON, VROOM—4.